ORIGINAL

FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0313

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0313

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ROLLIN R. GREY, IV,

    Defendant and Appellant.

ORDER

Rollin R. Grey IV moves this Court for appointment of counsel in this appeal. As grounds, Grey states that he was convicted of a crime for which incarceration is likely. He adds that he is financially unable to afford to hire private counsel to assist him.

Available electronic records indicate that the Twelfth Judicial District Court, Chouteau County, imposed a prison sentence on May 23, 2023, after receiving Grey's guilty plea to felony incest. The court issued the written judgment on May 30, 2023.

Grey has a recent conviction, and he may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Grey's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any other necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Rollin R. Grey IV personally.

DATED this 6th day of June, 2023.

For the Court,

By: _____
Chief Justice